No. 62426.—Bruce Duncan Co., Inc., a/c Nucleonic Products et al. *v.* United States, protests 312452–K, etc. (Los Angeles).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of television apparatus, the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, NOVEMBER 7, 1958

No. 62427.—R. J. Saunders & Co., Inc. *v.* United States, protests 292805–K, etc. (New York).

MOLLISON, Judge:   When the cases enumerated in the schedule attached to this decision were called for trial, after numerous continuances, on October 6, 1958, counsel for the plaintiff requested a continuance for an indefinite period on the ground that an application with respect to similar merchandise was pending before the Treasury Department for a ruling affecting the classification thereof.   It was indicated that the determination of that application might affect the ultimate disposition which might be sought by the plaintiff in these cases, although the said ruling would not be applicable directly to these cases.

It appearing that the plaintiff had no present or discernable intention in the future of prosecuting these cases in this court, the jurisdiction of which had been invoked by the filing of the protests, the cases were ordered dismissed for want of prosecution.

Judgment will issue accordingly.

No. 62428.—F. L. Kraemer & Co. *v.* United States, protest 323856–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise identified as "Impala" leather on the invoice covered by entry 67889 consists of upper leather made from calf or kip skins, the claim of the plaintiff was sustained.